1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 SCOTT BRODIE,                                    No. CIV S-09-2338-CMK

12              Plaintiff,

13      vs.                                              ORDER

14 COMMISSIONER OF SOCIAL
   SECURITY,
15
              Defendant.
16 _____/

17              Plaintiff, who is proceeding with retained counsel, brings this action for judicial

18 review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

19 Pursuant to the court's scheduling order, plaintiff is required to prosecute this action by either

20 seeking voluntary remand or filing a dispositive motion within 45 days from the date of service

21 of the administrative record by defendant.  Plaintiff was warned that failure to comply may result

22 in dismissal of this action for lack of prosecution and failure to comply with court rules and

23 orders.  See Local Rule 110.  A review of the docket reflects that the answer and certified

24 administrative record were served on December 29, 2009.  To date, plaintiff has not filed a

25 dispositive motion.

26 / / /

1

1    Plaintiff shall show cause in writing, within 30 days of the date of this order, why

2  this action should not be dismissed for failure to file a dispositive motion.  Plaintiff is again

3  warned that failure to respond to this order may result in dismissal of the action for the reasons

4  outlined above, as well as for failure to prosecute and comply with court rules and orders.  See id.

5    IT IS SO ORDERED.

6

7  DATED: April 8, 2010

8

9                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26