IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT BRODIE, | No. CIV S-09-2338-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

  Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).

  On April 9, 2010, the court issued an order to show cause why this action should not be dismissed for Plaintiff's failure to file a dispositive motion. Plaintiff has responded to that order to show cause, and has filed a motion for summary judgment.

  According, the order to show cause is discharged. Defendant's cross-motion for summary judgment shall be filed pursuant to the time set forth in the court's scheduling order.

///

///

///

1    IT IS SO ORDERED.

3   DATED: May 13, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE